Francis J. Lantry, the Fire Commissioner of the City of New York, Respondent, v. Samuel V. Hoffman and Others, as Trustees under the Last Will and Testament of Eugene A. Hoffman, Deceased, Appellants.— Determination affirmed, with costs, on opinion of court below (Reported in 55 Misc. Rep. 261).

Gustave A. Helm, Appellant, v. Thomas A. Ennis and Charles F. Stoppani, Composing the Firm of Ennis & Stoppani, Respondents.— Judgment affirmed, with costs. No opinion.

Henry Miller, Respondent, v. Robert C. Fisher and Edward B. Tompkins, Doing Business under the Firm Name of Robert C. Fisher & Company, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $10,600, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice. (Scott, J., dissenting and voting for reversal.)

Edward Lynch, Respondent, v. Elektron Manufacturing Company, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Nathan Katzberg, Respondent, v. New York City Railway Company (Sued as Interurban Street Railway Company), Appellant.— Judgment and order affirmed, with costs. No opinion.

Portland Company, Appellant, v. Hall & Grant Construction Company and Charles Ward Hall, Respondents.— Judgment affirmed, with costs, on memorandum handed down on motion for reargument. (See 123 App. Div. 495.)

Martha Maier, Respondent, v. Consolidated Gas Company of New York, Appellant. Louis Kapelsohn, Respondent, v. Consolidated Gas Company of New York, Appellant. Abraham Bobier, Respondent, v. Consolidated Gas Company of New York, Appellant. Louis Lipnitz, Respondent, v. Consolidated Gas Company of New York, Appellant. John Moriarty, Respondent, v. Consolidated Gas Company of New York, Appellant. Charles Joffe, Respondent, v. Consolidated Gas Company of New York, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs in each case. No opinion.

Samuel Karp and Others, Appellants, v. Frederick F. Brewster and Others, as Directors of the Prosperity Real Estate Company of New York, a Domestic Corporation, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion,

Eliza Guggenheimer, as Executrix, etc., of Randolph Guggenheimer. Late of the City of New York, Deceased, Respondent, v. Reinhold M. F. Bugs and Others, Defendants, Impleaded with Royal Bank of New York and Samuel Packard, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John C. Calhoun, Appellant, v. Commonwealth Trust Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

John C. Calhoun, Appellant, v. Commonwealth Trust Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.